# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CABLE TIES, INC., <br>       Plaintiff, <br> v. <br><br> AMERICAN ELITE MOLDING, LLC, <br> f/k/a BAY STATE CABLE TIES, LLC, <br><br>       Defendant. | Civil Action No. _____ |

## **PLAINTIFF ADVANCED CABLE TIES, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.3(A), Plaintiff Advanced Cable Ties, Inc., hereby states that it is a privately held corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: September 1, 2016

Respectfully submitted,

ADVANCED CABLE TIES, INC.,

By its attorneys,

/s/ *Peter A. Biagetti*
Peter A. Biagetti (BBO#042310)
Mathilda S. McGee-Tubb (BBO#687434)
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, PC
One Financial Center
Boston, MA 02111
Tel: (617) 542-6000
Fax: (617) 542-2241
PABiagetti@mintz.com
MSMcGee-Tubb@mintz.com