# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CABLE TIES, INC., <br>     Plaintiff, <br> v. <br><br> AMERICAN ELITE MOLDING, LLC, <br> f/k/a BAY STATE CABLE TIES, LLC, <br><br>     Defendant. | Civil Action No. 4:16-cv-40126 |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter a Notice of Appearance for Mathilda S. McGee-Tubb of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, Massachusetts on behalf of Plaintiff, Advanced Cable Ties, Inc., in the above-captioned matter.

Dated: September 1, 2016

    Respectfully submitted,

    ADVANCED CABLE TIES, INC.,

    By its attorneys,

    /s/ *Mathilda S. McGee-Tubb*
    Mathilda S. McGee-Tubb (BBO#687434)
    MINTZ, LEVIN, COHN, FERRIS,
     GLOVSKY AND POPEO, PC
    One Financial Center
    Boston, MA 02111
    Tel: (617) 542-6000
    Fax: (617) 542-2241
    MSMcGee-Tubb@mintz.com