# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ADVANCED CABLE TIES, INC.,<br><br>                Plaintiff,<br>     v.<br><br>AMERICAN ELITE MOLDING, LLC,<br>f/k/a BAY STATE CABLE TIES, LLC,<br>and BUYCABLETIES.COM LLC,<br><br>                Defendants. | Civil Action 4:16-cv-40126-TSH |

### NOTICE OF WITHDRAWAL OF MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. AND PETER A. BIAGETTI AS COUNSEL FOR ADVANCED CABLE TIES, INC. IN LIGHT OF NOTICE OF APPEARANCE OF SUCCESSOR COUNSEL

Pursuant to Local Rule 83.5.2(c), kindly withdraw the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz Levin") and Peter A. Biagetti as counsel for record for Plaintiff Advanced Cable Ties, Inc. ("Advanced Cable Ties") in the above-referenced matter. Advanced Cable Ties has retained successor counsel, namely, Joseph D. Lipchitz and Zachary W. Berk of Saul Ewing Arnstein & Lehr LLP, to represent them in this matter going forward and they have filed their notices of appearance on behalf of Advanced Cable Ties.

Respectfully submitted,

By its attorney,

*/s/ Peter A. Biagetti*
Peter A. Biagetti (BBO # 42310)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
617.542.6000 (telephone)
617.542.2241 (fax)
PABiagetti@mintz.com

Dated: August 28, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

*/s/ Peter A. Biagetti*
Peter A. Biagetti